IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DALE A COPEMANN,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-00040-MP-GRJ

SUSAN ALTMAN, LINDA BUSH,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 10, the Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as frivolous. The plaintiff filed objections, Doc. 11, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). The Court agrees that the plaintiff, who seeks $30,000,000 under the Fourteenth Amendment, has failed to allege that the defendants are state actors or that their conduct rises to the level of a constitutional violation even if they were. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    The Plaintiff's Motion To Proceed In Forma Pauperis (Doc. 9) is **DENIED** and this cause is **DISMISSED** as frivolous and for failure to state a claim for relief.

    **DONE AND ORDERED** this _22nd_ day of June, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge